705 A.2d 1208

IN THE MATTER OF A. DAVID DASHOFF,
AN ATTORNEY AT LAW.

February 25, 1998.

## ORDER

The Disciplinary Review Board on October 7, 1997, having filed with the Court its decision concluding that **A. DAVID DASHOFF** of **VOORHEES**, who was admitted to the bar of this State in 1976, and who was suspended from practice for a period of three months by Order of the Court dated November 1, 1995, and who remains suspended at this time, should be suspended from practice for a period of six months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (fee overreaching), *RPC* 1.7(a), 1.7(b), and 1.8(a) (conflicts of interest), and good cause appearing;

It is ORDERED that **A. DAVID DASHOFF** is hereby suspended from the practice of law for a period of six months, effective immediately, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.